O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONALDO GALAZ,

        Petitioner,

    v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

Case No. 2:24-cv-07517-DOC-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 7). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 9) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

//

//

//

//

1      IT IS THEREFORE ORDERED that Judgment be entered dismissing the

2  Petition with prejudice for failure to state a cognizable, federal habeas claim.

3

4  DATED:  November 15, 2024

5  DAVID O. CARTER
  UNITED STATES DISTRICT JUDGE